AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Stafford, Elizabeth A. | **2. Court or Organization**<br><br>United States District Court, Eastn District of Michigan | **3. Date of Report**<br><br>08/11/2021 |

| | | |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>magistrate judge - full-time | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Theodore Levin United States Courthouse
231 W. Lafayette Blvd., Rm. 657
Detroit, MI 48226

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stafford, Elizabeth A.** | 08/11/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Wayne County Treasurer's Office-salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stafford, Elizabeth A.** | 08/11/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Stafford, Elizabeth A. | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. rental property 1, Detroit, MI | D | Rent | L | W | | | | | |
| 2. rental property 2, Detroit, MI | D | Rent | L | W | | | | | |
| 3. | | | | | | | | | |
| 4. Morgan Stanley IRA: (H) | A | Dividend | | | | | | | |
| 5. -American Cap Wrld Gr & Inc A (CWGIX) | A | Dividend | | | Sold | 02/18/20 | K | C | |
| 6. -American Inv Co of Amer A (AIVSX) | A | Dividend | | | Sold | 02/18/20 | K | B | |
| 7. - Smallcap World A (SMCWX) | A | Dividend | | | Sold | 02/18/20 | J | C | |
| 8. -Clearbridge Large Cap Gwth A (SBLGX) | A | Dividend | | | Sold | 02/18/20 | K | D | |
| 9. -Franklin Mutual BLV Discov A (TEDIX) | A | Dividend | | | Sold | 02/18/20 | J | B | |
| 10. - Fruanklin Mutual Shares (TESIX) | A | Dividend | | | Sold | 02/18/20 | J | B | |
| 11. | | | | | | | | | |
| 12. Northwestern Mutual IRA: (H) | | | | | | | | | |
| 13. -Equity Income (MSA/T Rowe Price) | A | Dividend | J | T | | | | | |
| 14. -Neuberger Berman Socially Responsive | A | Dividend | J | T | | | | | |
| 15. -Fidelity VIP Contrafund | A | Dividend | J | T | | | | | |
| 16. -Focused Appreciation (MSA/Janus) | A | Dividend | J | T | | | | | |
| 17. -Mid Cap Value (MSA/Amer Century) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Elizabeth A. | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  -Fidelity VIP Mid Cap | A | Dividend | J | T | | | | | |
| 19.  -Small Cap Value (MSA/T Rowe Price) | A | Dividend | J | T | | | | | |
| 20.  -Research International Core (MSA/MFS) | A | Dividend | J | T | | | | | |
| 21.  -International Equity (MSA/Frankin Tmpl) | A | Dividend | J | T | | | | | |
| 22.  -Emerging Markets Equity (MSA/MFS) | A | Dividend | J | T | | | | | |
| 23.  -International Growth (MSA/Janus) | A | Dividend | J | T | | | | | |
| 24.  -Short Term Bond (MSA) | A | Dividend | J | T | | | | | |
| 25.  -Select Bond (MSA) | A | Dividend | J | T | | | | | |
| 26.  -Northwestern Mutual Strategic Bond | A | Dividend | J | T | | | | | |
| 27.  -Inflation Protection (MSA/Amer Century) | A | Dividend | J | T | | | | | |
| 28.  -Multi Sector Bond (MSA/PIMCO) | A | Dividend | J | T | | | | | |
| 29.  -High Yield Bond (MSA) | A | Dividend | J | T | | | | | |
| 30.  -Russell Global Real Estate Securities | A | Dividend | J | T | | | | | |
| 31.  -Credit Suisse Commodity Strategy | A | Dividend | J | T | | | | | |
| 32. | | | | | | | | | |
| 33.  Fidelity Investments IRA: (H) | | | | | | | | | |
| 34.  -ISHARES EDGE MSCI MIN VOLE EAFE ETF | B | Dividend | | | Sold | 12/15/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stafford, Elizabeth A.** | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | -FIDELTY GOVERNMENT CASH RESERVE | B | Dividend | | | Sold | 12/15/20 | J | A | |
| 36. | -ISHARES EDGE MIN VOL USA EFT | A | Dividend | | | Sold | 12/15/20 | J | A | |
| 37. | -ISHARES CORE S&P SMALL-CAP ETF | A | Dividend | | | Sold | 12/15/20 | J | A | |
| 38. | -HARBOR CAPITAL APPRECIATION INV CL | A | Dividend | | | Sold | 12/15/20 | J | A | |
| 39. | -PIMCO INCOME FUND CL A | B | Dividend | | | Sold | 12/15/20 | J | A | |
| 40. | -INVESCO QQQ TR UNIT SER 1 | B | Dividend | | | Sold | 12/15/20 | J | A | |
| 41. | | | | | | | | | | |
| 42. | JP MORGAN: (H) | | | | | | | | | |
| 43. | -COHEN & STEERS REAL ESTATE SECS FD CL F | A | Dividend | | | Sold | 02/13/20 | K | D | |
| 44. | -DELAWARE GROUP GLOBAL & INTL FDS EMERGING MARKETS | A | Dividend | K | T | Sold (part) | 02/13/20 | J | B | |
| 45. | | | | | | Sold (part) | 08/12/20 | J | A | |
| 46. | -DODGE & COX FUND | A | Dividend | | | Sold | 02/13/20 | K | A | |
| 47. | -HARRIS ASSOC INVT TR, OAKMARK FD INSTL CL | A | Dividend | | | Sold | 02/13/20 | K | A | |
| 48. | -HARRIS ASSOC INVT TR, OAKMARK INTL FL INSTL CL | A | Dividend | | | Sold | 02/03/20 | K | A | |
| 49. | -INVESTMENT MANAGERS SER TR WCM FOCUSED INTL GROWTH (WCMIX) | A | Dividend | J | T | Buy (add'l) | 02/13/20 | K | | |
| 50. | | | | | | Sold (part) | 08/12/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stafford, Elizabeth A.** | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 51.  -JP MORGAN MUT FD INVT, TR EMERGING MARKETS EQI (JEMWX) | A | Dividend | K | T | Sold (part) | 02/13/20 | J | A | |
| 52. | | | | | Sold (part) | 08/12/20 | J | B | |
| 53.  -JP MORGAN MUT FD INVT, TR GROWTH ADVANTAGE FD CL (JGVVX) | A | Dividend | K | T | Sold (part) | 02/13/20 | J | A | |
| 54. | | | | | Sold (part) | 08/12/20 | K | D | |
| 55.  -JP MORGAN SMALL CAP GRWTH R6 (JGSMX) | A | Dividend | K | T | Sold (part) | 02/13/20 | J | A | |
| 56. | | | | | Sold (part) | 08/12/20 | J | B | |
| 57.  -JP MORGAN TR I, EQUITY INCOME FD (OIEJK) | A | Dividend | K | T | Sold (part) | 02/13/20 | J | A | |
| 58. | | | | | Sold (part) | 08/12/20 | K | A | |
| 59.  -JP TR II, CORE PLUS BD FD ULTRA CL (JCPUX) | D | Dividend | | | Buy (add'l) | 02/13/20 | J | | |
| 60. | | | | | Sold | 08/12/20 | L | D | |
| 61.  -JP MORGAN TR II, HIGH YIELD FD ULTRA CL (JHYUX) | A | Dividend | | | Sold | 08/12/20 | K | A | |
| 62.  -JP MORGAN TR II, MID CAP GROWTH FD CL R6 (JMGMX) | A | Dividend | K | T | Sold (part) | 02/13/20 | J | B | |
| 63. | | | | | Sold (part) | 08/12/20 | K | C | |
| 64.  -JP MORGAN HEDGED EQUITY | A | Dividend | K | T | Buy | 02/13/20 | K | | |
| 65. | | | | | Buy (add'l) | 08/12/20 | J | | |
| 66.  -MAINSTAY FDS MACKAY HGH YLD CORP BD FD | A | Dividend | | | Buy (add'l) | 02/13/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Elizabeth A. | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. | | | | | Sold | 08/12/20 | K | A | |
| 68. -PIMCO FDS PAC INVT MGMT SER INVT GRADE CORP BD DF (PIGIX) | A | Dividend | | | Sold | 08/12/20 | K | C | |
| 69. -VANGUARD WORLD FUND INTL GROWTH FD ADMIRAL (VWILX) | D | Dividend | K | T | Buy (add'l) | 02/13/20 | K | | |
| 70. | | | | | Sold (part) | 08/12/20 | K | D | |
| 71. -VANGUARD SPECIALIZED REAL ESTATE | A | Dividend | | | Buy | 02/13/20 | K | | |
| 72. | | | | | Sold | 08/12/20 | K | A | |
| 73. -ISHARES CORE S&P 500 ETF (IVV) | A | Dividend | K | T | Sold (part) | 08/12/20 | K | C | |
| 74. -SELECT SECTOR SPDR TRUST, THE FINANCIAL SELECT SECTOR (XLF) | A | Dividend | | | Sold | 08/12/20 | K | A | |
| 75. -SELECT SECTOR SPDR TRUST, THE INDUSTRIAL SELECT | A | Dividend | K | T | Buy | 02/13/20 | K | | |
| 76. | | | | | Sold (part) | 08/12/20 | K | A | |
| 77. -COLUMBIA FDS SER TR I, GLBL TECHNOLOGY GROWTH FD INSTL | A | Dividend | K | T | Buy (add'l) | 01/06/20 | K | | |
| 78. -NUVEEN INVT TR V (NPSFX) | A | Dividend | | | Sold | 08/12/20 | J | A | |
| 79. -TIAA REF FDS (TSBIX) | A | Dividend | | | Sold | 02/13/20 | K | B | |
| 80. -VANGUARD SPECIALIZED | C | Dividend | | | Sold | 02/13/20 | K | C | |
| 81. -VANGUARD FIXED INCOME | A | Dividend | | | Buy | 02/13/20 | K | | |
| 82. | B | Dividend | | | Sold | 08/12/20 | K | B | |
| 83. -FUND ADVANTAGE TK (POLIX) | A | Dividend | | | Buy | 02/13/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Elizabeth A. | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. | | | | | Sold | 08/12/20 | J | A | |
| 85. -JP MORGAN TR I LARGE CAP (JLGMX) | A | Dividend | K | T | Buy | 02/13/20 | K | | |
| 86. | | | | | Sold (part) | 08/12/20 | J | B | |
| 87. -ROWE T PRICE BLUE CHIP (TBCIX) | B | Dividend | | | Buy | 02/13/20 | K | | |
| 88. | | | | | Sold | 08/12/20 | K | B | |
| 89. -WCM FOCUSED GLOBAL GROWTH (WCMGX) | A | Dividend | J | T | Buy | 08/12/20 | J | | |
| 90. -ISHARES TIP BOND ETF (TIP) | A | Dividend | M | T | Buy | 08/12/20 | M | | |
| 91. -ISHARES TRUST/3 YR TREAS (SHY) | A | Dividend | M | T | Buy | 08/12/20 | M | | |
| 92. -ISHARES TRUST 7-10 YR TREAS (IEF) | A | Dividend | M | T | Buy | 08/12/20 | M | | |
| 93. -ISHARES TRUST ETF DIV (MBB) | A | Dividend | K | T | Buy | 08/12/20 | K | | |
| 94. -VANGUARD SHORT TERM (VTIP) | A | Dividend | L | T | Buy | 08/12/20 | L | | |
| 95. -JP MORGAN TR SHORT TERM (JSDRX) | A | Dividend | K | T | Buy | 08/12/20 | K | | |
| 96. -JP MORGAN TRI INCOME FD (JMSFX) | A | Dividend | J | T | Buy | 08/12/20 | J | | |
| 97. -VANGUARD BOND INDEX FD (VBTLX) | A | Dividend | K | T | Buy | 08/12/20 | K | | |
| 98. -INVESCO QQQTR (QQQ) | A | Dividend | J | T | Buy | 08/12/20 | K | | |
| 99. -SELECT SECTOR SPDR TRUST REAL ESTATE (XLRE) | A | Dividend | J | T | Buy | 08/12/20 | J | | |
| 100. -VANGUARD FIXED INCOME (VFIDX) | A | Dividend | K | T | Buy | 02/13/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stafford, Elizabeth A.** | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stafford, Elizabeth A.** | 08/11/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In the 2019 report, line 111 said that VANGUARD SECTOR INDEX FDS VANGUARD REAL ESTATE was "sold (part)" on July 9, 2019. That was an error; the entry should have said "sold" on July 9, 2019.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth A. Stafford**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544